UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-cr-00063-JMS-MG |
| QUINTEZ TUCKER (01), | ) ) ) | |
| Defendant. | ) | |

### ENTRY RESETTING HEARING

The March 19, 2024 status hearing is **vacated and reset** for an accept/reject hearing on **April 16, 2024 at 10:00 a.m**. in room 202, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, during which counsel for the government will state on the record whether plea offer was extended, the terms of the plea offer, and whether the plea offer is still outstanding. Counsel for the defendant will state on the record whether he conveyed the plea offer to the defendant. Finally, the defendant will state on the record whether he rejected the plea offer or desires to accept the plea offer, if it still outstanding.

Date: 3/19/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Jeremy Carl Fugate
DOJ-USAO
jeremy.fugate@usdoj.gov

Denise L. Turner
DTURNER LEGAL LLC
denise@dturnerlegal.com