CRIME

# Coroner: 24-year-old man dies after Lawrence shooting

The shooting happened shortly before 11 p.m. Tuesday in the 4600 block of North Shadeland Avenue, near East 46th Street.



Author: **WTHR.com staff**
Published: **1:10 AM EDT June 12, 2024**
Updated: **8:13 AM EDT June 13, 2024**



LAWRENCE, Indiana — A 24-year-old man has died after being shot in Lawrence late Tuesday.

The Marion County Coroner's Office said Thursday that Lee Lamount Boyd Jr. died at Eskenazi Hospital on Wednesday.

The shooting happened shortly before 11 p.m. June 11 in the 4600 block of North Shadeland Avenue, near East 46th Street.

Sponsored Links

**Ahorra en el nuevo Galaxy S24+.**

Verizon                                    Shop Now

*(NOTE: The video above is from a previous report on the shooting.)*

When Lawrence Police Department officers responding for reports of shots fired arrived, they found a man with a gunshot wound to the head, who was transported to the hospital in critical condition, a police spokesperson said at the time.

Investigators received descriptions of three suspects in the shooting, the spokesperson said, but it wasn't clear if anyone is in custody. There's no word on what may have preceded the gunfire.

Anyone with information on the incident can contact Crime Stoppers of Central Indiana at 317-262-8477.



*Credit: WTHR*

**Lawrence police are investigating a shooting that happened June 11, 2024, in the 4600 block of North Shadeland Avenue.**



**Related Articles**

[21-year-old man killed in shooting on Indy's west side](#)

[Man shot after alleged drug deal in Noblesville](#)

[IMPD: 3 men injured in shooting during gathering at Haughville Park](#)



IMPD: 3 injured in west Indianapolis shootings

**How Much Does A Walk-In Shower Actually Cost?**

Kohler Showers | Sponsored                                        Learn More

**Bobby Brown's Inheritance Makes The Headlines**

Sweet Penny Stocks | Sponsored

---

**Indiana Drivers With No DUI Are Getting A Pay Day On Tuesday**

Penny Pincher | Sponsored

Read More

---

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**

Online Shopping Tools | Sponsored

Learn More

---

**15-year-old girl charged with murder in Greenwood homicide; 17-year-old boy also charged**

WTHR

**BREAKING | 1 killed in shooting on Indy's near northwest side Father's Day morning**

WTHR

---

**LOADING NEXT ARTICLE...**