# Williams & Bluitt Funeral Home

5252 East 38th Street

Indianapolis, IN 46218

(317) 923-2381 or (317) 827-5277

**For the Family of:** Lee L. Boyd, Jr.

**Family Viewing:**
Williams & Bluitt Funeral Home

Friday, June 28, 2024

2:00PM – 3:00PM

**Visitation:**

10:00AM – 12:00PM

(At the Funeral Home)

**Service: 12:00PM**

Saturday, June 29, 2024
Greater Progressive M. B. Church

**Limo:** 0

1825 E. 25th Street

Public ☐

Indianapolis, IN 46218

Private ☐

**Officiating:** Rev. Footman

**Eulogist:** Rev. Footman

**Musician:** Rev. Footman

**Cemetery/Crematory:** Sutherland Park

## TRANSPORTATION

Address:

Pick-up Time:

### WE NEED THE FOLLOWING ITEMS FOR YOUR LOVED ONE

Clothing: Outfit of your chose & (NORMAL UNDERGARMENTS)   Due: 06/21/2024

Obituary, Order of Service, Photos, Poems/ Tributes **(Please Type)**   Due: N/A
Email: judy.mercer@sci-us.com

Newspaper Notice: ☐   Full Write-up w/o photo   ☐   Full Write-up w/photo

(Newspaper notices run in **SUNDAY** or **THURSDAY** papers)