**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUINTEZ TUCKER, )<br>)<br>Defendant. ) | 1:22-cr-63-JMS-MG-1 |

**ORDER ON MOTION FOR ORDER ALLOWING**
**TEMPORARY RELEASE CONDITIONS**

This matter is before the Court upon Motion for Order Allowing Temporary
Release Conditions which was filed with the Court on June 18, 2024.

The Court after considering the Motion and being duly advised, now finds the
Motion well taken and that the Motion should be granted for the reasons set forth in the
Defendant's Motion.

**IT IS THEREFORE ORDERED** that the Defendant is temporary released to
attend the visitation of his brother, Lee L. Boyd, Jr., on June 28, 2024 at 2:00 pm upon
an appropriate family member's written undertaking to supervise Defendant at all
times.   The defendant is Ordered to comply with all conditions requested by United
State Pretrial Services officers.

Copies to:

Distribution to all registered counsel by electronic notifications via CM/ECF